# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GATAYAS MARQUISE MILES** | ) |
| | ) |
| **v.** | ) **CIVIL NO. 2:07-CV-8035-VEH** |
| | ) **CRIMINAL NO. 2:05-CV-100-VEH** |
| **UNITED STATES OF AMERICA** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on June 8, 2009, recommending that the § 2255 motion to vacate be **DENIED**. On June 23, 2009 Mr. Miles filed a Motion for Relief which will be considered as objections to the magistrate judge's findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the Miles, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the objections are due to be **OVERRULED** and the § 2255 motion to vacate is due to be **DENIED**. A Final Judgment will be entered.

As to the foregoing it is **SO ORDERED** this the 15th day of July, 2009.

                                                            _____
                                                            **VIRGINIA EMERSON HOPKINS**
                                                            United States District Judge